## IN THE IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Tamesha Lay, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:25-cv-3580-JPB-JEM |
| v. | ) | |
| | ) | |
| Equifax Information Services, LLC, | ) | |
| and Bank of America Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO

## DEFENDANT BANK OF AMERICA CORPORATION ONLY

Comes now the Plaintiff in the above styled manner and does hereby file this voluntary dismissal without prejudice as to Defendant Bank of America Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Neither Defendant has filed an answer nor a motion for summary judgment.

Respectfully submitted this 21st day of October, 2025.

BERRY & ASSOCIATES

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, Vermont 05148
Phone 651-208-6441
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*