UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMESHA LAY, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:25-CV-03580-JPB-JEM |

## **ORDER**

This matter is before the Court on the Notice of Settlement [Doc. 16].[1]  In light of the pending settlement, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.  If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of the case within sixty days.  Absent an extension or further order of the Court, if no

---

[1] On October 21, 2025, Plaintiff filed a Notice of Voluntary Dismissal as to the other named defendant in this action, Bank of America Corporation.  [Doc. 20].

request to reopen the case is made within sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 22nd day of October, 2025.

_____
J. P. BOULEE
United States District Judge